ANDRÉ BIROTTE JR.
United States Attorney
CHRISTINE C. EWELL
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section
FRANK D. KORTUM
Assistant United States Attorney
California Bar No. 110984
    United States Courthouse
    312 N. Spring Street, Suite 1400
    Los Angeles, California 90012
    Telephone:  (213) 894-5710
    Facsimile:  (213) 894-7177
    Email:      frank.kortum@usdoj.gov

Attorneys for Plaintiff
United States of America

JS - 6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> $278,170.00 IN U.S. CURRENCY et al., <br><br> Defendants. <br><br> ADNAN KADER, CONNIE KADER, and ELITE GROUP DISTRIBUTION, INC., <br><br> Claimants. | NO. SA CV 05-1280-JVS (ANx) <br><br> **CONSENT JUDGMENT** <br><br> [NOTICE OF LODGING LODGED CONCURRENTLY HEREWITH] <br><br> [This document is not dispositive of the entire action] |

//

FDK:ka

On December 29, 2005, plaintiff United States of America ("plaintiff" or the "government") filed a Complaint for Forfeiture against the defendant properties as follows: $278,170.00 in United States Currency (the "defendant currency"); $861,226.38 in Bank Account Funds (the "defendant funds"); and 156 Negotiable Business Checks Valued at $1,308,987.60 (the "defendant checks") (collectively the "defendant assets"). The government alleged that the defendant assets were subject to forfeiture pursuant to 18 U.S.C. § 981(a)(1)(A) and (C).

Claimants Adnan Kader, Connie Kader, and Elite Group Distribution, Inc. (collectively "claimants") filed Statements of Interest on February 1, 2006. No other claims, statements of interest, or answers have been filed, and the time for filing claims, statements, and answers has expired.

The Court having been duly advised of and having considered the matter, and based upon the consent of plaintiff and claimants,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED:

1. This Court has jurisdiction over this action pursuant to 28 U.S.C. §§ 1345 and 1355.

2. The Complaint for Forfeiture states a claim for relief pursuant to 18 U.S.C. § 981(a)(1)(A) and (C).

3. Notice of this action has been given as required by law. Claimants filed the only statement of interests or claims. Claimants are relieved of their duty to file answers in this action. The Court deems that all other potential claimants admit the allegations of the Complaint for Forfeiture to be true.

//
//

1    4.   The California State tax liability of Adnan Kader and
2 Connie Kader for 2004 and 2005 is estimated to be $405,611.33, and
3 of Elite Group is estimated to be $38,888.12.
4    5.   The parties agree that the defendant assets in the
5 amount of $444,499.45 may be released to claimants to be applied
6 to claimants' outstanding tax liability to the State of California
7 as described in the preceding paragraph.  Upon proof to the
8 satisfaction to the United States that the released funds have
9 been properly remitted to and accepted by the State of California,
10 the parties intend to submit another consent judgment (in the form
11 attached hereto as Exhibit "A") to dispose of the remaining assets
12 (which until then shall remain in government custody).
13    6.   Claimants hereby release the United States of America,
14 its agencies, officers, and employees, including employees of the
15 Federal Bureau of Investigations, and local law enforcement
16 agencies, their agents, officers, and employees, from any and all
17 claims, actions, or liabilities arising out of or related to this
18 action, including, without limitation, any claim for attorneys'
19 fees or costs on behalf of claimants, whether pursuant to 28
20 U.S.C. § 2465 or otherwise.
21    7.   The Court finds that there was reasonable cause for the
22 institution of these proceedings against the defendant assets.
23 This judgment shall be construed as a certificate of reasonable
24 cause pursuant to 28 U.S.C. § 2465.
25
26 //
27 //
28 //

8. The Court further finds that claimants did not substantially prevail in this action, and the parties shall bear their own attorneys' fees and other costs of litigation.

9. Notwithstanding any other provision in this consent judgment, the parties agree that Kader shall be entitled to a final distribution that will consist of: (1) The balance of the seized funds plus the interest from the date of seizure on that balance, remaining after the payment of Kader's 2004 and 2005 individual federal tax liabilities and 2004 and 2005 individual and corporate state tax liabilities; and (2) Interest from the date of seizure, on the amount distributed to Kader to pay the $444,499.45 of state taxes referred to above in Paragraph 5.

DATED: April 19, 2010

*/s/ James V. Selna*
_____
THE HONORABLE JAMES V. SELNA
CHIEF UNITED STATES DISTRICT JUDGE

<u>CONSENT</u>

The government and claimants consent to judgment and waive any right to appeal.

```
DATED: April 13, 2010          ANDRÉ BIROTTE JR.
                               United States Attorney
                               CHRISTINE C. EWELL
                               Assistant United States Attorney
                               Chief, Criminal Division
                               STEVEN R. WELK
                               Assistant United States Attorney
                               Chief, Asset Forfeiture Section


                                       /S/
                               _____
                               FRANK D. KORTUM
                               Assistant United States Attorney

                               Attorneys for Plaintiff
                               United States of America


DATED: April 9, 2010           SHERMAN AND SHERMAN


                                       /S/
                               _____
                               JANET S. SHERMAN

                               Attorney for Claimants
                               Adnan Kader, Connie Kader, and
                               Elite Group Distribution, Inc.
```