```
ANDRÉ BIROTTE JR.
United States Attorney
CHRISTINE C. EWELL
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section
FRANK D. KORTUM
Assistant United States Attorney
Asset Forfeiture Section
California Bar No. 110984
United States Attorney's Office
    United States Courthouse
    312 N. Spring Street, Suite 1400
    Los Angeles, California 90012
    Telephone:  (213) 894-5710
    Facsimile:  (213) 894-7177
    E-Mail:     frank.kortum@usdoj.gov

Attorneys for Plaintiff
United States of America
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. SACV 05-1280-JVS (ANx) |
| Plaintiff, | |
| v. | **CONSENT JUDGMENT** |
| $278,170.00 IN U.S. CURRENCY, et al., | [NOTICE OF LODGING LODGED CONCURRENTLY HEREWITH] |
| Defendants. | |
| ADNAN KADER, CONNIE KADER, and ELITE GROUP DISTRIBUTION, INC., | |
| Claimants. | |

//

FDK:gc

1 On December 29, 2005, plaintiff United States of America ("plaintiff" or the "government") filed a Complaint for Forfeiture against the defendant properties as follows:  $278,170.00 in United States Currency (the "defendant currency"); $861,226.38 in Bank Account Funds (the "defendant funds"); and 156 Negotiable Business Checks Valued at $1,308,987.60 (the "defendant checks") (collectively the "defendant assets").  The government alleged that the defendant assets were subject to forfeiture pursuant to 18 U.S.C. § 981(a)(1)(A) and (C).

Claimants Adnan Kader, Connie Kader, and Elite Group Distribution, Inc. (collectively "claimants") filed Statements of Interest on February 1, 2006.  No other claims, statements of interest, or answers have been filed, and the time for filing claims, statements, and answers has expired.

The Court having been duly advised of and having considered the matter, and based upon the consent of plaintiff and claimants,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED:

1.  This Court has jurisdiction over this action pursuant to 28 U.S.C. §§ 1345 and 1355.

2.  The Complaint for Forfeiture states a claim for relief pursuant to 18 U.S.C. § 981(a)(1)(A) and (C).

3.  Notice of this action has been given as required by law.  Claimants filed the only statement of interests or claims.  Claimants are relieved of their duty to file answers in this action.  The Court deems that all other potential claimants admit the allegations of the Complaint for Forfeiture to be true.

//
//

1     4.   The Federal tax liability of Adnan Kader and Connie
2 Kader for 2004 and 2005 is estimated to be $1,523,796.05.
3     5.   The parties agree that the defendant assets in the
4 amount of $1,523,796.05 may be released to be applied to
5 claimants' outstanding federal tax liability as described in the
6 preceding paragraph. The United States Marshals Service shall
7 remit payment to satisfy claimant's federal tax liability directly
8 to the Internal Revenue Service.
9     6.   The remaining defendant assets (with the exception of
10 the sum of $444,499.45 previously released pursuant to the consent
11 judgment dated April 19, 2010) plus interest as provided by law
12 from the date of seizure (including interest from the date of
13 seizure on the previously released sum of $444,499.45), shall be
14 electronically transmitted to the Sherman & Sherman Client Trust
15 Account.
16     7.   Claimants hereby release the United States of America,
17 its agencies, officers, and employees, including employees of the
18 Federal Bureau of Investigations, and local law enforcement
19 agencies, their agents, officers, and employees, from any and all
20 claims, actions, or liabilities arising out of or related to this
21 action, including, without limitation, any claim for attorneys'
22 fees or costs on behalf of claimants, whether pursuant to 28
23 U.S.C. § 2465 or otherwise.
24     8.   The Court finds that there was reasonable cause for the
25 institution of these proceedings against the defendant assets.
26 This judgment shall be construed as a certificate of reasonable
27 cause pursuant to 28 U.S.C. § 2465.
28 //

1       9.   The Court further finds that claimants did not substantially prevail in this action, and the parties shall bear their own attorneys' fees and other costs of litigation.

DATED: May 6, 2010

*[signature: James V. Selna]*

_____
THE HONORABLE JAMES V. SELNA
CHIEF UNITED STATES DISTRICT JUDGE

//
//
//
//
//
//

<u>CONSENT</u>

The government and claimants consent to judgment and waive any right to appeal.

DATED: May ___, 2010          ANDRÉ BIROTTE JR.
                              United States Attorney
                              CHRISTINE C. EWELL
                              Assistant United States Attorney
                              Chief, Criminal Division
                              STEVEN R. WELK
                              Assistant United States Attorney
                              Chief, Asset Forfeiture Section


                              _____
                              FRANK D. KORTUM
                              Assistant United States Attorney

                              Attorneys for Plaintiff
                              United States of America


DATED: May ___, 2010          SHERMAN & SHERMAN


                              _____
                              JANET S. SHERMAN

                              Attorney for Claimants
                              Adnan Kader, Connie Kader, and
                              Elite Group Distribution, Inc.